UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J.M., a minor, by and through her parents, J.M. and D.M.,

        Plaintiffs,

   v.

VACAVILLE UNIFIED SCHOOL DISTRICT,

        Defendant.
_____/

NO. CIV. S-07-1071 LKK/GGH

O R D E R

Plaintiff, J.M., a minor, seeks a temporary restraining order for a "stay put" order pursuant to Section 1415(j) of the Individuals with Disabilities in Education Act of 2004 ("IDEA"). Plaintiff seeks to prevent defendant, Vacaville Unified School District ("District"), from graduating plaintiff, thereby terminating the special education services plaintiff has been receiving.

A hearing on the motion occurred on June 7, 2007. All parties were present. At the hearing, the parties agreed that a preliminary injunction was appropriate, rather than a temporary

1

restraining order. Upon consideration and after oral argument, the court orders as follows:

1. A Preliminary Injunction is hereby issued, enjoining the District from graduating plaintiff;
2. The Preliminary Injunction shall last only so long as necessary for the Office of Administrative Hearings to resolve and dispose of plaintiff's underlying due process complaint and request for a "stay put" order;
3. Either party may request a further hearing upon properly noticed motions.

IT IS SO ORDERED.

DATED:  June 7, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2