UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J.M., a minor, by and through her parents, J.M. and D.M.,

        Plaintiffs,

    v.

VACAVILLE UNIFIED SCHOOL DISTRICT,

        Defendant.
_____/

NO. CIV. S-07-1071 LKK/GGH

O R D E R

In light of the court's ruling with respect to the preliminary injunction, which shall dissolve upon the due process hearing, the status conference currently set for August 27, 2007 is hereby VACATED.

IT IS SO ORDERED.

DATED: August 23, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1