UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J.M., a minor, by and through her parents, J.M. and D.M.,

        Plaintiffs,

   v.

VACAVILLE UNIFIED SCHOOL DISTRICT,

        Defendant.

_____/

NO. CIV. S-07-1071 LKK/GGH

O R D E R

The court is in receipt of plaintiff's motion to consolidate the preliminary injunction hearing with trial.  Plaintiff is an 18-year-old student currently eligible for special education.  On June 5, 2007, plaintiff filed her complaint in this court and moved for a temporary restraining order to prevent defendant from graduating her.  On June 7, 2007, after hearing oral argument from both parties, the court issued a preliminary injunction stating that "the Preliminary Injunction shall last only so long as necessary for the Office of Administrative Hearings [OAH] to resolve and dispose of Plaintiff's underlying due process complaint and request

for a 'stay put' order."

On June 27, 2007, defendant brought a motion to dismiss on the grounds that the complaint was moot after OAH granted plaintiff's motion for a stay put order. The court denied that motion and stated that "once the OAH renders its decision on plaintiff's due process hearing, the preliminary injunction will expire."

Pursuant to Federal Rule of Civil Procedure 65(a)(2), before or after commencement of a hearing on an application for a preliminary injunction, the court may order the trial of the action on the merits to be advanced and consolidated with the hearing on the application. Here, however, the court has already issued a preliminary injunction; accordingly, there is no preliminary injunction hearing to consolidate with trial.

Plaintiff's motion is DENIED as moot.

IT IS SO ORDERED.

DATED: September 25, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2